UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HENDRICKS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>FAIR COLLECTIONS & OUTSOURCING, INC., DBA FCO,<br><br>　　　　　　　Defendant. | Case No.: 12-CV-05056<br><br>ORDER RE: FILING OF STIPULATION OF DISMISSAL; ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

Plaintiff has filed a notice stating that the parties have reached a settlement. ECF No. 16. Plaintiff requests that the Court retain "jurisdiction for 90 days for entry of dismissal or to allow Plaintiff to reopen the action upon a good faith showing that the settlement has not been completed with Defendant, and further litigation is necessary." *Id.* The Court ORDERS the parties to file their stipulation of dismissal by April 5, 2013. The Court CONTINUES the case management conference set for March 20, 2013 to April 24, 2013 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: March 8, 2013

　　　　　　　　　　　　　　　　　　　　　*[signature: Lucy H. Koh]*
　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 12-CV-05056
ORDER RE: FILING OF STIPULATION OF DISMISSAL; ORDER CONTINUING CASE MANAGEMENT CONFERENCE