**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HENDRICKS, | Case No.: 12-CV-05056 |
| Plaintiff, | |
| v. | ORDER DISMISSING CASE WITH PREJUDICE |
| FAIR COLLECTIONS & OUTSOURCING, INC., DBA FCO, | |
| Defendant. | |

The parties have filed a joint motion requesting that the Court dismiss this case with prejudice. ECF No. 18. The parties' request is GRANTED. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 1, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge